**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, et al, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | No. 21-cv-2951 |
| v. | ) ) | Judge Norgle |
| SOS PAINTING, INC., an Illinois corporation. | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This cause, coming to be heard upon Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

1. Final judgment is entered in favor of the Plaintiffs and against the Defendant SOS Painting, Inc. in the amount of $697,974.20. The judgment amount is limited to the audit period from July 24, 2018 through June 30, 2021.

2. This is a final and appealable order.

Enter: _Charles R. Norgle_

Hon. Charles R. Norgle

Date 11/5/2021

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312)236-0415